[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 9, 2011
JOHN LEY
CLERK

No. 10-11031

_____

D. C. Docket No. 1:09-cr-00001-SPM-AK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LETICA RENITA RISBY,
a.k.a. Letica Renita Williams,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(February 9, 2011)

Before BLACK, HULL, and KRAVITCH, Circuit Judges.

PER CURIAM:

After reviewing the record, the parties' briefs, and having had the benefit of oral argument, we find no reversible error.

**AFFIRMED.**